UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
————————————————————X

VERNON BARNES,

    Defendant.

v.
                                            # 1:cr-01-00172-1 (YK)

UNITED STATES OF AMERICA,

    Respondent.

————————————————————X

FILED
HARRISBURG
DEC 0 1 2006
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### PEITIONER VERNON BARNES' MOTION

NOW COMES Petitioner Vernon Barnes who hereby moves this Court for an Order directing my former Attorney L. Rex Bickley to provide me with the partial criminal file for <u>United States v. Vernon Barnes</u>, Dkt # 1 Cr. 01-00172-01 (D.C. Pa, Judge Kane). See attached declaration.

November 27, 2006

                                        Respectfully submitted,

                                        */s/ Vernon Barnes*
                                        Vernon Barnes, Pro-se
                                        # 34393-037
                                        USP Allenwood
                                        Box 3000
                                        White Deer, Pa 17887