Vernon Barnes 34393-037
USP Allenwood
PO Box 3000
White Deer, PA 17887

March 27, 2007

Clerk of the Court
U.S. District Court
228 Walnut Street
PO Box 983
Harrisburg, PA 17108

RECEIVED / FILED
HARRISBURG, PA
MAR 30 2007
MARY E. D'ANDREA, CLERK
Per _____

Re: U.S. v Vernon Barnes
    Criminal No. 1:01-cr-00172

Dear Sir/Ma'am

   I need a copy of my Criminal Docket Sheet for:

   U.S. v Vernon Barnes
   Criminal No. 1:01-cr-00172

Thank you for your help in this matter.

Respectfully Submitted
Vernon Barnes

Vernon Barnes 34393-037
USP Allenwood
PO Box 3000
White Deer, PA 17887

MAILED FROM
U.S. PENITENTIARY

HARRISBURG PA 171
28 MAR 2007 PM 1 T

Clerk of the Court
U.S. District Court
228 Walnut Street
PO Box 983
Harrisburg, PA 17108